IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 22 2016

JULIA C. DUDLEY, CLERK
BY: /s/ A.T. Clark
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 2:16CR3 |
| JAMES MONROE COX | : |
| | : Violations: 18 U.S.C. § 876(c) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about August 30, 2013, in the Western District of Virginia and elsewhere, the defendant, JAMES MONROE COX, knowingly and willfully caused to be delivered by the Postal Service according to the direction thereon a communication addressed to any other person and containing a threat to injure the person of the addressee or any other person. The communication was addressed to United States judges and officials covered by 18 U.S.C. § 1114.

2. On or about August 30, 2013, the defendant, JAMES MONROE COX, caused a letter to be sent "To All of Ya Judge's and Prosecutor's" (sic), and delivered to the United States District Courthouse for the Southern District of Texas at Houston. The letter contained various threats to injure judges and prosecutors, including, but not limited to, the following:

> To All of Ya Judge's (sic) and Prosecutor's (sic)
> and To Whom this Letter may Concern
> When I get out of the Pinta I'm coming for All of You Judge's (sic) and Prosecutor's (sic) I am going to shoot all of Ya and Blow Your House's (sic) up with Ya in them and if You own a Business I will Blow that up to (sic) I will Park a truck outside Ya Court House (sic) Fill it with HeaVY explosive's (sic) and Park it real close and Blow up Your Court Building and Kill alot of Ya on a Busy work day For Ya For everyBody to see I will go state to state

1

USAO# 2016R00074

> Blowing Shit up Kill All of You Judge's (sic) and Prosecutor's (sic) For locking most of American's (sic) up across the Country its Judgement (sic) daY For All of Ya Judge's (sic) and Prosecutor's (sic) when they let me out of my Abyss and Be released for a little while All Hell Must Break loose Because I've Been waiting for a long time it's my mission I must Obey Ya Wicked Judge's (sic) and Prosecutor's (sic)
> Sincerely James Cox

3. All in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

The Grand Jury charges that:

1. On or about April 29, 2015, in the Western District of Virginia and elsewhere, the defendant, JAMES MONROE COX, knowingly and willfully caused to be delivered by the Postal Service according to the direction thereon a communication addressed to any other person and containing a threat to injure the person of the addressee or any other person. The communication was addressed to a United States judge and official covered by 18 U.S.C. § 1114.

2. On or about April 29, 2015, the defendant, JAMES MONROE COX, caused a letter to be sent to The Honorable Nanette K. Laughrey, United States District Judge, United States District Court for the Western District of Missouri. The letter contained various threats to injure Judge Laughrey, including, but not limited to, the following:

> Judge Nanette K. Laughrey I'm going to Kidnapp (sic) You and take You out in the Wood's (sic) and Mountains and Fuck You like a wild Mountain Man and Fuck You like a (sic) animal and Feel You From the Insides for Several hours then when I'm done Smoke a cuban cigar put it out on Your ASS take a gun shoot and Kill You and then Leave Your Body For the coyote's (sic) and vultures, wolfes (sic) some wild animals will eat Your dead Body of course But then Better Yet "I Should Pour gasoline all over Your Body and Light You on Fire and Sing degüello! Oh Yeah

3. All in violation of Title 18, United States Code, Section 876(c).

2

USAO# 2016R00074

## COUNT THREE

The Grand Jury charges that:

1. On or about October 22, 2015, in the Western District of Virginia and elsewhere, the defendant, JAMES MONROE COX, knowingly and willfully caused to be delivered by the Postal Service according to the direction thereon a communication addressed to any other person and containing a threat to injure the person of the addressee or any other person. The communication was addressed to United States judges and officials covered by 18 U.S.C. § 1114.

2. On or about October 22, 2015, the defendant, JAMES MONROE COX, caused a letter to be sent to the United States District Court Eastern District of Virginia, further addressed therein to "Judges," and delivered to the United States District Courthouse for the Eastern District of Virginia at Richmond. The letter contained various threats to injure judges and prosecutors, including, but not limited to, the following:

> I'm Just sitting here Premeditating how I'm going to Kill Ya Judges when I get out Shoot Some of Ya take a Knife and cutt (sic) and Peel Your Face OFF and wear them as Homemade Mask Pluck Your Eye's (sic) out Your Head and Keep them as Souvenirs in a (sic) old Pickle Jar's (sic) What You don't think I do my Own Mother like this or Father I want to drink Your Blood and Sacrifice Ya to Satan the Prince of Darkness Oh Yeah this make's (sic) me Have a (sic) orgasm to Murder And torture You People So Called Rightous (sic) a Human Sacrifice I want to Put a stake through Ya and drain Your Blood and Watch You Judge's (sic) die and BarBeQ (sic) some of You and eat You For Super (sic) and dinner and Sodomize Some of Ya too give me some of that soft tender Juicy meat and Roast some of Ya too I want to Fuck my mother dead Body Yes I like to Play with dead Body's (sic) nice And Bloody this makes my dick hard as a Rock Hang my older sister on a tree and Beat her to death like a Pinnata (sic) Watch All the Blood come out the Punta with such satisfaction And Chop My Big Brother Up with a meat cleaver and eat him as lunch meat Just like I will do some of Ya People I can't wait theres (sic) alot of dead Bodies to Fuck of course I will Fuck Some of Ya alive though Male and Females I'm Fucking everybody Because I want to feel you From the inside's (sic) I might Fuck me a Sheep to And Abuse it Baaaaaaaaaaaaaaad! I Always's (sic) Wonder What it's like to Fuck a Sheep BAAAAAAAAAAd! Oh Yeah I Fuck the Hell out of a Sheep right aBout now Oh Yeah nice and soft wow Make's (sic) me Horny! 666 666 666 666 666 666 666

USAO# 2016R00074

Sincerely James Cox
1066187

3. All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL, this __22nd__ day of __February__, 2016.

s/ Grand Jury Foreperson

_John P. Fishwick, Jr./APR_
JOHN P. FISHWICK, JR.
United States Attorney

4

USAO# 2016R00074